ruling relating thereto could not have affected the result, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

HENRY B. STUPPLEBEEN, Respondent, *v.* WESTCOTT GARAGE COMPANY, Appellant.

*Stupplebeen* v. *Westcott Garage Co.*, 146 App. Div. 899, affirmed.
(Submitted December 12, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 19, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*W. L. Goodier* for appellant.

*Edwin C. Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

BREWSTER & Co., Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

*Brewster & Co.* v. *Long Island R. R. Co.*, 146 App. Div. 921, affirmed.
(Submitted December 12, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover